# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| Tonya Smith, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No.  3:21-cv-00715-JTA |
| ) | |
| Midland Credit Management, Inc., ) | |
| a Kansas corporation, ) | |
| ) | |
|     Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant.  Plaintiff hereby requests that this Court cancel or stay all dates and give her leave to file for dismissal by January 31, 2022.

Dated:  December 16, 2021

Plaintiff's Attorneys

s/ David J. Philipps_____
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

s/ Bradford W. Botes\_\_\_\_\_
Bradford W. Botes
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane, Suite 140
Birmingham, Alabama 35244
bbotes@bondnbotes.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2021, a copy of the foregoing **Notice of Settlement** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jason B. Tompkins                   jtompkins@balch.com
Robert V. Baxley                    rbaxley@balch.com
Balch & Bingham, LLP
1901 Sixth Avenue North
Birmingham, Alabama 35203

Bradford W. Botes                  bbotes@bondnbotes.com
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane, Suite 140
Birmingham, Alabama 35244

s/ David J. Philipps_____
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com