IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONYA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-715-JTA |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., a Kansas corporation, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. No. 20) filed by the parties on December 30, 2021, which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. This action is hereby DISMISSED with prejudice.

2. The costs of this action should be taxed as paid.

3. All pending motions are denied as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 4th day of January, 2022.

_/s/ Jerusha J. Adams_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE